UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEZMAN V. ELLIS,

    Defendant.

Case No. 21-M-620

**MOTION FOR LEAVE TO DISMISS AND DISMISSAL OF COMPLAINT**

The United States of America for the Eastern District of Wisconsin, by United States Attorney Matthew D. Krueger, and Assistant United States Attorney Daniel R. Humble, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, hereby dismisses the charge against defendant Dezman V. Ellis, in the complaint issued in this district in the above-captioned case, which complaint charged the defendant with traveling in interstate commerce to avoid felony prosecution under the laws of the State of Wisconsin, in violation of 18 U.S.C. § 1073, in the interest of justice and without prejudice because the defendant was apprehended and is currently in custody.

Respectfully submitted this 5th day of January 2021.

        MATTHEW D. KRUEGER
        United States Attorney

By:    /s Daniel R. Humble
        DANIEL R. HUMBLE
        Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: February ___, 2021

        JAMES R. SICKEL
        United States Magistrate Judge